UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY JACKSON-EL,
    Plaintiff,

No. 1:11-cv-53

-v-

HONORABLE PAUL L. MALONEY

JOSEPH G. SCOVILLE,
    Defendant.

## **JUDGMENT**

Having dismissed the complaint for failing to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  February 28, 2011                     /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       Chief United States District Judge